```
_____ FILED _____ LODGED
          _____ RECEIVED

         Dec 17, 2024

        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR24-5279 BHS |
| Plaintiff, | |
| v. | INFORMATION |
| SCOTT JUSTIN SMITH, | |
| Defendant. | |

The United States Attorney charges that:

## **COUNT 1**

### **(Possession of a Controlled Substance with Intent to Distribute)**

On or about March 6, 2024, in Pierce County, within the Western District of Washington, SCOTT JUSTIN SMITH did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: methamphetamine, a substance controlled under Title 21, United States Code.

The United States Attorney further alleges that the offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

Information - 1
*United States v. Scott Justin Smith*
USAO 2023R01302

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about March 6, 2024, in Pierce County, within the Western District of Washington, SCOTT JUSTIN SMITH, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Possession of Methamphetamine with Intent to Distribute*, in United States District Court for the Western District of Washington, under case number CR13-5595RJB, on or about May 8, 2015; and

ii. *Possession of a Firearm in Furtherance of a Drug Trafficking Offense*, in United States District Court for the Western District of Washington, under case number CR13-5595RJB, on or about May 8, 2015;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Sig Sauer P320, .40 caliber handgun that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

The allegations contained in Counts 1–2 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, SCOTT JUSTIN SMITH shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or derived from proceeds traceable to the offense and any property used, or intended to be used, to facilitate the offense, including but not limited to, the following property seized on or about March 6, 2024, from SCOTT JUSTIN SMITH's residence:

a. one Sig Sauer P320 .40 cal. handgun;

Information - 2
*United States v. Scott Justin Smith*
USAO 2023R01302

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800

b.    one Winchester Model 70 bolt-action rifle (reported stolen);

c.    one Churchill pump-action shotgun;

d.    one Smith & Wesson M&P AR15 rifle (reported stolen);

e.    one Amadeo Rossi double-barrel, short-barreled shotgun (reported stolen);

f.    one Browning Invector BPS pump-action shotgun;

g.    any associated ammunition;

h.    one live hand grenade; and

i.    body armor.

Upon conviction of the offense alleged in Count 2, SCOTT JUSTIN SMITH shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

///

///

///

Information - 3
*United States v. Scott Justin Smith*
USAO 2023R01302

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

1.  cannot be located upon the exercise of due diligence;

2.  has been transferred or sold to, or deposited with a third party;

3.  has been placed beyond the jurisdiction of the Court;

4.  has been substantially diminished in value; or,

5.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this 17th day of December 2024.

TESSA M. GORMAN
United States Attorney

MARCI L. ELLSWORTH
Assistant United States Attorney

KRISTINE L. FOERSTER
Assistant United States Attorney

Information - 4
*United States v. Scott Justin Smith*
USAO 2023R01302